IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEAMFUS QUANTEZ KIMBLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION: 1:25-cv-00042-JB-MU |
| | ) |
| JOHN HAMM, *et al.,* | ) |
| | ) |
| Defendants. | ) |

### **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 28th day of May, 2025.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE